UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IMANI CARTER,

     Plaintiff,

v.

F.H. CANN & ASSOCIATES,
INC.,

     Defendant.

_____ /

Case No. 26-11128

F. Kay Behm
United States District Judge

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to the

court's order dismissing this case, this civil action is **DISMISSED**

**WITHOUT PREJUDICE**.  This is a final order and closes the case.

     **SO ORDERED**.

Date: April 16, 2026

          s/ F. Kay Behm
          F. Kay Behm
          United States District Judge

1